STATE v. GRIMES

No. 270P95

Case below: 96 N.C.App. 489

Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 December 1995.

STATE v. HOLLOWAY

No. 404P95

Case below: 120 N.C.App. 201

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

STATE v. HOLMES

No. 434P95

Case below: 120 N.C.App. 54

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

STATE v. JORDAN

No. 467P95

Case below: 120 N.C.App. 364

Notice of appeal by defendant (substantial constitutional question) dismissed 7 December 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

STATE v. KIRKPATRICK

No. 447PA95

Case below: 120 N.C.App. 405

Petition by Attorney General for writ of supersedeas allowed 7 December 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1995.